**No. 55143.**—Florea & Co., Inc., et al. *v.* United States, protests 847679–G, etc. (New York).

Opinion by Rao, J. The protests were dismissed.

**No. 55144.**—Aris Gloves, Inc., et al. *v.* United States, protests 984475–G, etc. (New York).

Opinion by Rao, J. The protests were dismissed.

**No. 55145.**—Henri Bendel, Inc., et al. *v.* United States, protests 135730–K, etc. (New York).

Opinion by Ford, J. The protests were dismissed.

**No. 55146.**—Leading Forwarders, Inc., and The Raffia Art, Inc. *v.* United States, protests 164786–K (A) and 134271–K (New York).

Opinion by Ford, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 18, 1951

**No. 55147.**—F. W. Myers & Co., Inc. *v.* United States, protest 158658–K (Ogdensburg).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

JANUARY 18, 1951

**No. 55148.**—Suit 4643.—C. S. Allen Corp. *v.* United States.—

C. A. D. 438.

BEFORE THE FIRST DIVISION, JANUARY 23, 1951

**No. 55149.**—Cathay Crafts Corp. et al. *v.* United States, protests 134488–K, etc. (New York).

Opinion by Oliver, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.